JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Edward M. Joyce
Emily L. Kuznick
*Attorneys for LB Rose Ranch LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                               :

In re:                           :     Chapter 11
                               :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     Case No.: 08-13555 (SCC)
                               :

        Debtors.               :     (Jointly Administered)
                               :

---------------------------------------------------------------x
                               :

ALLIED WORLD ASSURANCE COMPANY    :
(U.S.) INC.                      :     Adv. Pro. No.: 15-01128 (SCC)
                               :

        Plaintiff,           :
                               :

     v.                         :
                               :

LB ROSE RANCH LLC; VAUGHAN COUNTS; :
THISHA MCBRIDE; CHARLIE LAWSON;    :
SARAHLIZ LAWSON; STEPHANIE MOSHER; :
STEVE MEW; KORI NEW; CRAIG WILLIS;   :
PAMELA WILLIS; THE KOREICH 1981 TRUST;:
JAMES VIDAKOVICH REVOCABLE TRUST;  :
GARY GRAY; MICHAEL CRYAN; BRIAN     :
ALONGE; ANDRE PONTIN; JULIE PONTIN;  :
PATRICK M. NESBITT; DAVID ICE; LISA ICE;:
RICHARD MOORE; DANIEL HOCK; TONI    :
HOCK; J. CHRISTINE AMINI; NEIL ROSS; THE:
SOHRAB AMINI TRUST; JOSEPH S. DAVIS;  :
KIRSTIN F. DAVIS; TINA ROCHOWIAK;   :
CHADWICK MICKSCH; SARAH MICKSCHL; :
AMERICAN HOME ASSURANCE COMPANY; :
and NATIONAL UNION FIRE INSURANCE  :
COMPANY OF PITTSBURGH, PA         :
             Defendants.      :

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York      )
                       )      ss.:
County of New York  )

Emily L. Kuznick, being duly sworn, hereby deposes and says:

1.    I am not a party to the above-captioned proceedings and am over eighteen (18) years of age.  I am an attorney employed at the law firm of Jones Day, 222 East 41st Street, New York, NY 10017.

2.    On November 13, 2015, I caused to be served a true and correct copy of LB Rose Ranch LLC's *Answer and Counterclaims* via the Court's electronic case filing and noticing system.

3.    In addition, on November 13, 2015, I also caused to be served a true and correct copy of the aforementioned pleading by electronic mail and overnight mail, upon those parties listed on Exhibit A, annexed hereto.

/s/ Emily L. Kuznick
    Emily L. Kuznick


Sworn to before me this
13th day of November, 2015


/s/ Kelly Koley
Kelly Koley, Notary Public

Notary Public, State of New York
No.: 01KO5031022
Qualified in Queens County
Commission Expires July 25, 2018

## EXHIBIT A

Brian M. Margolies
Traub Lieberman Straus & Shrewsberry LLP
Mid-Westchester Executive Park
7 Skyline Drive
Hawthorne, NY 10532
bmargolies@traublieberman.com
*Attorney for Allied World Assurance Company (U.S.) Inc.*

Michael S. Davis
Zeichner Ellman & Krause, LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036
mdavis@zeklaw.com
*Attorney for American Home Assurance Company &*
*National Union Fire Insurance of Pittsburgh, PA*

Joseph A. Hinkhouse
Richard A. Hodyl
Hinkhouse Williams Walsh
180 N. Stetson Ave., Suite 3400
Chicago, IL 60601
jhinkhouse@hww-law.com
rhodyl@hww-law.com
*Attorneys for American Home Assurance Company &*
*National Union Fire Insurance of Pittsburgh, PA*

Thomas W. Henderson
Mari K. Perczak
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112
mperczak@burgsimpson.com
*Attorneys for Colorado Homeowners*