**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

In re: LEHMAN BROTHERS HOLDINGS, INC. et al.   :    **Chapter 11**

   :    **Case No. 08-13555**

     Debtors.    :

   :

---------------------------------------------------------------- x

ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.,    :

   :    **Ad. Pro. No. 15-01128-scc**

   :

     Plaintiff,    :

   :

v.    :

   :

LB ROSE RANCH, LLC; VAUGHAN COUNTS;    :
THISHA MCBRIDE; CHARLIE LAWSON;    :
SARAHLIZ LAWSON; STEPHANIE MOSHER;    :
STEVE MEW; KORI NEW; CRAIG WILLIS;    :
PAMELA WILLIS; THE KOREICH 1981 TRUST;    :
JAMES VIDAKOVICH REVOCABLE TRUST;    :
GARY GRAY; MICHAEL CRYAN; BRIAN    :
ALONGE; ANDRE PONTIN; JULIE PONTIN;    :
PATRICK M. NESBITT; DAVID ICE; LISA ICE;    :
RICHARD MOORE; DANIEL HOCK; TONI    :
HOCK; J. CHRISTINE AMINI; NEIL ROSS; THE    :
SOHRAB AMINI TRUST; JOSEPH S. DAVIS;    :
KIRSTIN F. DAVIS; TINA ROCHOWIAK;    :
CHADWICK MICKSCH; SARAH MICKSCHL;    :
AMERICAN HOME ASSURANCE COMPANY;    :
and NATIONAL UNION FIRE INSURANCE    :
COMPANY OF PITTSBURGH, PA    :
     Defendants.    :

   :

---------------------------------------------------------------- x

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOSEPH F. SMITH

UPON the motion of Joseph F. Smith dated December 16, 2015, for admission *pro hac vice* in this bankruptcy case and adversary proceeding; it is hereby

      **ORDERED**, that Joseph F. Smith is admitted to practice, *pro hac vice* in the above referenced bankruptcy case and adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
December 18, 2015

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE
